No. 59555.—E. Leitz, Inc. v. United States, protest 251775–K (New York).

343 ·

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of printing boards in chief value of metal, not specially provided for, the claim of plaintiff was sustained.